**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Anchor Homes, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-5465183** |

4.  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100 Lighthouse Lane, Unit A3**<br>**Cedar Point, NC 28584**<br>Number, Street, City, State & ZIP Code | **PO Box 5119**<br>**Emerald Isle, NC 28594**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Carteret**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5.  **Debtor's website** (URL)  _____

6.  **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Anchor Homes, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Anchor Homes, LLC** | Case number (*if known*) | |
| | Name | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**  .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Anchor Homes, LLC**                                             Case number (*if known*) _____
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Anchor Homes, LLC** | Case number (*if known*) | |
| | Name | | |

---

■ **Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December  4, 2023**
              MM / DD / YYYY

**X** **/s/ Lawrence E. Lippincott**                                        **Lawrence E. Lippincott**
Signature of authorized representative of debtor                            Printed name

Title   **Member Manager**

---

**18. Signature of attorney**

**X** **/s/ George Mason Oliver**                         Date   **December  4, 2023**
Signature of attorney for debtor                                MM / DD / YYYY

**George Mason Oliver 26587**
Printed name

**The Law Offices of**
Firm name

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
Number, Street, City, State & ZIP Code

Contact phone   **252-633-1930**          Email address

**26587 NC**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Anchor Homes, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue Treasure, LLC Attn: Manager or Agent 105 Weston Estates Cary, NC 27513 | | 531 Sheldrake, Beaufort, NC Lot 258 BeauCoast Peninsula | | $225,000.00 | $600,000.00 | $225,000.00 |
| Crete Investments, LLC Attn: Manager or Agent 2005 Eastwood Rd Wilmington, NC 28403 | | 610 Fishermans Point, Newport, NC Lot 79 Bogue Watch | | $768,428.00 | $550,000.00 | $218,428.00 |
| Cloudfund, LLC Attn: Manager or Agent 400 Rella Blvd, Ste 165-101 New York, NY 10090-1000 | | Judgment in NY | | | | $111,930.61 |
| Ross Kasum & Kristin Kuhn Atty: Fonnville, Morisey & Barefoot 5121 Kingdom Way, Ste 205 Raleigh, NC 27607 | | 610 Fishermans Point (BW 79) | | | | $110,000.00 |
| WSLD Attn: Manager or Agent 14502 N Dale Mabry Hwy Tampa, FL 33618 | | 610 Fishermans Point, Newport, NC Lot 79 Bogue Watch | | $90,000.00 | $550,000.00 | $90,000.00 |
| Mitchell & Diana Lockamy 531 Sheldrake Ct Beaufort, NC 28516 | | 531 Sheldrake | | | | $84,400.00 |

Debtor    **Anchor Homes, LLC**                                          Case number *(if known)*  _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Owens Flooring & Interior, Inc.**<br>**Attn: Manager or Agent**<br>**1536 Castle Hayne Rd, Box 5**<br>**Wilmington, NC 28401** | | **Trade debt** | | | | **$77,585.20** |
| **Channel Partners**<br>**Attn: Manager or Agent**<br>**405 E Main St, Bldg 300**<br>**Marshall, MN 56258** | | **Judgment in Minnesota** | | | | **$71,965.00** |
| **MRS Pro, LLC**<br>**Attn: Manager or Agent**<br>**1930 Olney Ave.**<br>**Cherry Hill, NJ 08003** | | | | | | **$67,989.82** |
| **Pearl Capital - Pearl Delta Funding**<br>**Attn: Manager or Agent**<br>**Jericho Turnpike, Ste 220**<br>**Jericho, NY 11753** | | | | | | **$59,880.00** |
| **Crete Investments, LLC**<br>**Attn: Manager or Agent**<br>**2005 Eastwood Rd**<br>**Wilmington, NC 28403** | | | | | | **$53,239.89** |
| **Fonnville, Morisey & Barefoot**<br>**Attn: Manager or Agent**<br>**5121 Kingdom Way, Ste 205**<br>**Raleigh, NC 27607** | | **Trade debt** | | | | **$49,690.88** |
| **Morehead Builders Supply**<br>**Attn: Manager or Agent**<br>**2516 Bridges St**<br>**Morehead City, NC 28557** | | **Trade debt** | | | | **$45,302.31** |

Debtor **Anchor Homes, LLC**                             Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EZ Drywall & Painting, LLC Attn: Manager or Agent PO Box 12465 Wilmington, NC 28405** | | **Trade debt** | | | | **$41,990.00** |
| **Evergreen Clearing, Inc. Attn: Manager or Agent 3301 Castle Hayne Rd Castle Hayne, NC 28429** | | **Trade debt** | | | | **$40,774.99** |
| **Coastal Glass and Hardware Attn: Manager or Agent 6412 Amsterdam Way Wilmington, NC 28405** | | **Trade debt** | | | | **$37,791.43** |
| **Exterior Recovery, Inc. Attn: Manager or Agent 185 Williamston Ridge Dr Youngsville, NC 27596** | | **Trade debt** | | | | **$32,257.00** |
| **True Power Electric, Inc. Attn: Manager or Agent 3921 Song Sparrow Ln Wake Forest, NC 27587-1634** | | **Trade debt** | | | | **$30,730.84** |
| **Fortuna Framing, Inc. Attn: Manager or Agent 10 Dock St Wilmington, NC 28401** | | **Trade debt** | | | | **$22,020.00** |
| **Capital One Attn: Managing Agent PO Box 30285 Salt Lake City, UT 84130-0285** | | | | | | **$19,300.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**NEW BERN DIVISION**

In the Matter of:                                             Chapter 11
**ANCHOR HOMES, LLC**                                     Case No.:
      Debtor

<u>**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**</u>

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the above-mentioned Debtor and that compensation paid to me within one year before the filing of the Petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of Debtor in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $<u>Amount unknown</u><br>(To be determined by the court) |
| Prior to filing this statement, I have received | $7,547.50 |
| In addition, I am holding in trust for<br>Attorney's fees | $2,452.50 |
| Balance Due<br>Remaining balance | $0.00<br>(To be determined by the court) |

2.      The source of compensation paid to me is:

      [] Debtor                   [X] Other:

3.      The source of compensation to be paid to me is:

      [X] Debtor             [] Other (specify)

4.      [X]    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      [ ]    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.      In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

      a)    Analysis of Debtor's financial situation and rendering advice and assistance to Debtor in determining whether to file a petition under Title 11, United States Code;

      b)    Preparation and filing of any petition, schedule, statement of financial affairs, and other documents required by the court;

c)        Representation of Debtor at the meeting of creditors, confirmation hearing, and any related hearings;

d)        Representation of Debtor in adversary proceedings and other contested bankruptcy matters; and

e)        Additional fees to be approved by the Bankruptcy Court.

6.     By agreement with Debtor, the above-disclosed fee does not include the following services: <u>Not applicable</u>

## <u>**CERTIFICATION**</u>

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of Debtor in this bankruptcy proceeding.

This the 4th day of December, 2023.

<u>s/George Mason Oliver</u>
GEORGE MASON OLIVER
N.C. State Bar #26587
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO Box 1548
New Bern, NC 28563
252-633-1930
252-633-1950 (fax)
E-mail: george@olivercheek.com
*Attorney for Debtor*

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   **Anchor Homes, LLC**                        Case No. _____

                                        Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Member Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December  4, 2023** _____        **/s/ Lawrence E. Lippincott** _____

                                                       **Lawrence E. Lippincott/Member Manager**
                                                       Signer/Title

ANCHOR HOMES, LLC
PO BOX 5119
EMERALD ISLE, NC 28594

GEORGE MASON OLIVER
THE LAW OFFICES OF
OLIVER & CHEEK, PLLC
PO BOX 1548
NEW BERN, NC 28563

SECRETARY OF TREASURY
ATTN: MANAGING AGENT
1500 PENNSYLVANIA AVE NW
WASHINGTON, DC 20220

UNITED STATES ATTORNEY
150 FAYETTEVILLE STREET
SUITE 2100
RALEIGH, NC 27601

US SECURITIES & EXCHANGE
ATTN: MANAGER OR AGENT
950 E. PACES FERRY RD., NE STE 900
ATLANTA, GA 30326-1382

NC DEPT OF COMMERCE
ATTN: SHARON A. JOHNSTON
PO BOX 25903
RALEIGH, NC 27611

NC DEPT OF REVENUE
BANKRUPTCY UNIT
PO BOX 1168
RALEIGH, NC 27602-1168

INTERNAL REVENUE SERVICE
ATTN:  MANAGER OR AGENT
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ANCHORS BEND HOA, INC.
ATTY: KYLE J. NUTT
1221 FLORAL PARKWAY, STE 10
WILMINGTON, NC 28403

BHG FINANCIAL
ATTN: MANAGER OR AGENT
250 W. 34TH ST. STE 4100
NEW YORK, NY 10119

BLUE TREASURE, LLC
ATTN: MANAGER OR AGENT
105 WESTON ESTATES
CARY, NC 27513

CAMS - BW HOA
ATTN: MANAGER OR AGENT
4644-B ARENDELL ST
MOREHEAD CITY, NC 28557

CAPITAL ONE
ATTN: MANAGING AGENT
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CARTERET CO TAX OFFICE
ATTN: MANAGER OR AGENT
302 COURT HOUSE SQUARE
BEAUFORT, NC 28516

CARTERET HEATING AND COOL
ATTN: MANAGER OR AGENT
151 CEDAR POINT BLVD
CEDAR POINT, NC 28584

CHANNEL PARTNERS
ATTN: MANAGER OR AGENT
405 E MAIN ST, BLDG 300
MARSHALL, MN 56258

CLOUDFUND, LLC
ATTN: MANAGER OR AGENT
400 RELLA BLVD, STE 165-101
NEW YORK, NY 10090-1000

COASTAL GLASS AND HARDWA
ATTN: MANAGER OR AGENT
6412 AMSTERDAM WAY
WILMINGTON, NC 28405

CRAWFORD DOOR SYTEMS, INC.
ATTN: MANAGER OR AGENT
201 OLD DAIRY RD
WILMINGTON, NC 28405

CRETE INVESTMENTS, LLC
ATTN: MANAGER OR AGENT
2005 EASTWOOD RD
WILMINGTON, NC 28403

DOWN EAST HEATING & AIR CO
ATTN: MANAGER OR AGENT
6423 WINDMILL WAY
WILMINGTON, NC 28405

DUOCRAFT CABINETS AND DISTRIBUTIO
ATTN: MANAGER OR AGENT
1306 BRIDGES ST
MOREHEAD CITY, NC 28557

EAST CAROLINA INSULATION
ATTN: MANAGER OR AGENT
475 N WILLIAMSON BLVD
DAYTONA BEACH, FL 32114

EVERGREEN CLEARING, INC.
ATTN: MANAGER OR AGENT
3301 CASTLE HAYNE RD
CASTLE HAYNE, NC 28429

EXTERIOR RECOVERY, INC.
ATTN: MANAGER OR AGENT
185 WILLIAMSTON RIDGE DR
YOUNGSVILLE, NC 27596

EZ DRYWALL & PAINTING, LLC
ATTN: MANAGER OR AGENT
PO BOX 12465
WILMINGTON, NC 28405

FERGUSON ENTERPRISES, INC.
ATTN: MANAGER OR AGENT
198 HIGHWAY 24
MOREHEAD CITY, NC 28557

FONNVILLE, MORISEY & BAREFOOT
ATTN: MANAGER OR AGENT
5121 KINGDOM WAY, STE 205
RALEIGH, NC 27607

FORTUNA FRAMING, INC.
ATTN: MANAGER OR AGENT
10 DOCK ST
WILMINGTON, NC 28401

FULFORD HEATING & COOLING
ATTN: MANAGER OR AGENT
3461 HOLDEN BEACH RD SW
SUPPLY, NC 28462

GLASS, BATH & CLOSETS
ATTN: MANAGER OR AGENT
180 SALTY SHORES POINT DR
NEWPORT, NC 28570

GUY C. LEE MOREHEAD
ATTN: MANAGER OR AGENT
5070 HWY 70 E
MOREHEAD CITY, NC 28557

HLM CONCRETE CONTRACTORS,LL
ATTN: MANAGER OR AGENT
PO BOX 2080
LELAND, NC 28451

HUBBARD PIPE & SUPPLY
ATTN: MANAGER OR AGENT
212 SOUTH KERR AVE
WILMINGTON, NC 28403

HYDEN PLUMBING
ATTN: MANAGER OR AGENT
144 THOMAS HUMPHREY RD
JACKSONVILLE, NC 28546-9416

JOHN PAUL SCHICK, ESQ.
OBO ANCHOR HOMES , LLC
4711 HOPE VALLEY RD, STE 4F-
DURHAM, NC 27704

LAWRENCE LIPPINCOTT
 LIGHTHOUSE LANE
UNIT A3
CEDAR POINT, NC 28584

MITCHELL & DIANA LOCKAMY
531 SHELDRAKE CT
BEAUFORT, NC 28516

MOREHEAD BUILDERS SUPPLY
ATTN: MANAGER OR AGENT
2516 BRIDGES ST
MOREHEAD CITY, NC 28557

MORISEY & BAREFOOT
OBO MITCHELL & DIANA LOCKAMY
5121 KINGDOM WAY, STE 205
RALEIGH, NC 27607

MRS PRO, LLC
ATTN: MANAGER OR AGENT
1930 OLNEY AVE.
CHERRY HILL, NJ 08003

OWENS FLOORING & INTERIOR,IN
ATTN: MANAGER OR AGENT
1536 CASTLE HAYNE RD, BOX 5
WILMINGTON, NC 28401

PEARL CAPITAL - PEARL DELTA FUNDING
ATTN: MANAGER OR AGENT
 JERICHO TURNPIKE, STE 220
JERICHO, NY 11753

RELIANT ROOFING & RESTORATION
ATTN: MANAGER OR AGENT
667 HUGHES RD
HAMPSTEAD, NC 28443

ROSS KASUM & KRISTIN KUHN
ATTY: FONNVILLE, MORISEY & B
5121 KINGDOM WAY, STE 205
RALEIGH, NC 27607

SOUTHERN TOUCH PAINTING & MAINTENAN
ATTN: MANAGER OR AGENT
240 CENTER ST
JACKSONVILLE, NC 28546

STRAW OOTEN CORPORATION
ATTN: MANAGER OR AGENT
3801 BLACK CREEK RD
WILSON, NC 27895

SUBURBAN PROPANE
ATTN: MANAGER OR AGENT
240 ROUTE 10 WEST
WHIPPANY, NJ 07981

SUNLAND BUILDERS, INC.
ATTN: MANAGER OR AGENT
4846-A HWY 24 EAST
SWANSBORO, NC 28584

TERMINIX
ATTN: MANAGER OR AGENT
PO BOX 2587
FAYETTEVILLE, NC 28302

THE STONE GALLERY, INC.
ATTN: MANAGER OR AGENT
135 SETH THOMAS LN
SWANSBORO, NC 28584

TOI TOI USA, LLC
ATTN: MANAGER OR AGENT
5680 RICHLANDS WAY
JACKSONVILLE, NC 28540

TOWN OF BEAUFORT
ATTN: MANAGER OR AGENT
701 FRONT ST
BEAUFORT, NC 28516

TRUE POWER ELECTRIC, INC.
ATTN: MANAGER OR AGENT
3921 SONG SPARROW LN
WAKE FOREST, NC 27587-1634

WHEELER EXTERMINATING CO.
ATTN: MANAGER OR AGENT
204 E KING ST
KINSTON, NC 28501-4918

WSLD
ATTN: MANAGER OR AGENT
14502 N DALE MABRY HWY
TAMPA, FL 33618

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Anchor Homes, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Anchor Homes, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  4, 2023**

Date

**/s/ George Mason Oliver**

**George Mason Oliver 26587**

Signature of Attorney or Litigant

Counsel for   **Anchor Homes, LLC**

**The Law Offices of**

**Oliver & Cheek, PLLC**
**PO Box 1548**
**New Bern, NC 28563**
**252-633-1930 Fax:252-633-1950**